# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joshua Raymond Winton<br>DOB: 02/26/1994<br><br>Defendant(s) | Case: 1:24-mj-00384<br>Assigned To : Magistrate Judge Zia M. Faruqui<br>Assign. Date : 12/16/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder, |
| 18 U.S.C. §§ 1361 and 2 | Destruction of Government Property, |
| 18 U.S.C. § 1752(a)(1) | Entering or Remaining in any Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(C) | Entering or Remaining in Certain Rooms in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(F) | Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/16/2024

City and state: Washington, D.C.

Judge's signature

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*